123 A.3d 327

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**James LEE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

*ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Judgment of Sentence of the Court of Common Pleas is **AFFIRMED.**